United States District Court
Western District - Kentucky
Louisville

FILED
JAMES J. VILT JR,
CLERK
April 3, 2023
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Eric C. Daniels           Plaintiff      : Motion For Full
                                         : Evidentiary Hearing
V.
                                         : Case No. 5:23cv41BJB

Commonwealth Of Kentucky    Respondant's

Comes now Plaintiff, pro se, and moves this Court pursuant to the provisions of Cr 60.02(e)(f) for issuance of an order granting Plaintiff a full evidentiary hearing in the above captioned case, for the protection of Plaintiff's due process rights under the Laws of the United States Constitution and the Commonwealth of Kentucky to wit:

1. Plaintiff is accessible to the courts process and is available for such hearing before this court.

2. Plaintiff has a right to a Full Evidentiary Hearing to prove his allegations of violations of constitution rights alleged in his motion pursuant to Cr 60.02 (e)(f) hereto attached where the infrigement and violation of Plaintiffs constitutional rights are involved.

3. Because it's impermissible to presume waive of such fundamental rights as Plaintiff has alleged in his motion pursuant to 60.02(e)(f) from a silent record, or go beyond the record to establish that Plaintiff waived his constitutional rights by force; because a material issue exists in the motion, which is not refuted by the record, a hearing should be granted.

(6)

NEOPOST
03/30/2023
US POSTAGE $004.14⁰
FIRST-CLASS MAIL
ZIP 40031
041M11458349

RECEIVED
JAMES J. VIL___ - CLERK
APR 03 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Eric C. Daniels - 321157
Luther Luckett Corrections Complex
1612 Dawkins Road - Box 6
LaGrange, Ky - 40031-0006

Official Business
Legal Mail !!!

United States District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, Ky - 40202-2249