UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

ERIC C. DANIELS      PETITIONER

v.      CIVIL ACTION NO. 5:23-CV-P41-JHM

COMMONWEALTH OF KENTUCKY      RESPONDENT

## ORDER

For the reasons set forth in the Memorandum entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final** Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith.

Date: July 25, 2023

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: Petitioner, *pro se*
4414.009