UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

ERIC C. DANIELS                                                                    PETITIONER

v.                                                           CIVIL ACTION NO. 5:23-CV-P41-JHM

COMMONWEALTH OF KENTUCKY                                                 RESPONDENT

## ORDER

For the reasons set forth in the Memorandum entered this date, and being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

A certificate of appealability is **DENIED**.

There being no just reason for delay in its entry, this is a **final** Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith.

Date: February 24, 2025

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:    Plaintiff, *pro se*
4414.009